No. 95–5828. JONES v. CITY OF JENNINGS ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–5832. FREEMAN v. IDAHO. C. A. 9th Cir. Certiorari denied.

No. 95–5837. MURPH v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 95–5840. WILLIAMS v. GODINEZ, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5864. FRANKLIN v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 95–5879. TAYAG v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–5888. ARNOLD v. RAY'S ADVERTISING SPECIALTIES, INC. C. A. 11th Cir. Certiorari denied.

No. 95–5896. NIXON v. WEST VIRGINIA. Cir. Ct. Brooke County, W. Va. Certiorari denied.

No. 95–5902. BOYD v. WEST, CLERK, DISTRICT COURT OF TEXAS, KNOX COUNTY. C. A. 5th Cir. Certiorari denied.

No. 95–5915. PAUL v. THOMAS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5989. PARKER v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5997. HYUNG SU LEE v. UNITED STATES; and
No. 95–6082. GUN HO KIM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.